| | |
|---|---|
| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* <br> 3:15CR00067 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* <br> 2:24-cr-0182 DJC |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Steven Dierking <br> Sacramento, CA | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| **FILED** <br> Jun 14, 2024 <br> CLERK, U.S. DISTRICT COURT <br> EASTERN DISTRICT OF CALIFORNIA | Howard D. McKibben | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 3/4/2024 — TO 3/3/2029 |

**OFFENSE**
Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The client has resided in the Eastern District of California since commencement of supervised release and intends to remain there until his expiration.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 13, 2024 — *Date*

*signed* Howard D. McKibben — *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

06/14/2024 — *Effective Date*

*signed* Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE